The People of the State of Illinois ex rel. Oscar Nelson, Plaintiff, v. Farmers and Merchants State Bank of Leland, Illinois, Defendant.
In re Intervening Petition of Clarence Newton and Clyde Newton, Appellees, v. Leslie Hanson, Receiver of the Farmers and Merchants State Bank of Leland, Illinois, Appellant.

Gen. No. 9,458.

opinion
filed August 18, 1939. George V. B. Weeks, for appellant; H. R. Langer and Hibbs & Pool, for appellees. Opinion by JUSTICE WOLFE. ''Not to be published in full.''